IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANSAS NATURAL RESOURCE COALITION, et al., | ) ) ) |
| *Plaintiffs*, | ) ) ) No. 6:23-CV-01147 |
| v. | ) ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) ) ) |
| *Defendants*. | ) |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD

Defendants, the United States Fish and Wildlife Service ("Service"); the United States Department of the Interior; Debra Haaland, in her official capacity as Secretary of the Department of the Interior; and Martha Williams, in her official capacity as Director of the Service, respectfully request an extension of the current deadline to file the administrative record in this matter until January 5, 2024. In support of this motion, Defendants state as follows:

1. Plaintiffs filed their complaint on July 20, 2023. ECF No. 1.

2. Defendants recently moved the Court to transfer this matter to the Western District of Texas, where two earlier-filed challenges to the same lesser prairie-chicken rule are pending. *See* Defs.' Partly Unopposed And Partly Opposed Mot. to Transfer Venue Or, In The Alternative, To Stay Proceedings, ECF No. 9. Per the scheduling order governing those consolidated cases, Defendants will produce the final administrative record on January 5, 2024. ECF No. 39 ¶ 3(B) in Case No. 7:23-00047 (W.D. Tex.).

3. Under Federal Rule of Civil Procedure 12(a)(2), Defendants must file an Answer or otherwise respond to Plaintiffs' Complaint on or before September 26, 2023.

4. Currently, under the local rules, Defendants "must file the record with the clerk of this court when it files its answer." Local Civil Rule 83.7.1(c)(1).

5. The Service is in the process of compiling the administrative record. However, due to the complex nature of the administrative record compilation process, the Service will be unable to produce the administrative record by the deadline currently prescribed by Local Civil Rule 83.7.1(c)(1). The Service litigation coordinator assigned to this matter must assess and organize nine years' worth of documents for a decision involving multiple Service employees and offices. Combs Decl. ¶ 4. This process can take several months to complete. Combs Decl. ¶ 3. The Service estimates that it will produce a final administrative record on January 5, 2024. Combs Decl. ¶ 6. In light of these circumstances, Defendants respectfully request an extension of the current deadline to file the administrative record until January 5, 2024, to allow the Service sufficient time to compile the administrative record and to halt the progress of this case while the Court considers Defendants' transfer motion. ECF No. 9.

6. This is the first motion for an extension of time to file the administrative record.

7. Counsel for Defendants has conferred with counsel for Plaintiffs who stated that Plaintiffs do not oppose this motion.

NOW THEREFORE, Defendants respectfully request that this Court enter an order as follows:

1. Defendants shall file the administrative record for this matter on or before January 5, 2024.

Respectfully submitted this 20th day of September, 2023,

>TODD KIM, Assistant Attorney General
>S. JAY GOVINDAN, Section Chief
>NICOLE SMITH, Assistant Section Chief
>U.S. Department of Justice
>Environment and Natural Resources Division
>Wildlife and Marine Resources Section
>
>*/s/ Caitlyn F. Cook*
>CAITLYN F. COOK
>Trial Attorney
>Maryland Bar No. 2112140244
>U.S. Department of Justice
>Environment and Natural Resources Division
>Wildlife and Marine Resources Section
>Ben Franklin Station
>P. O. Box 7611
>Washington, D.C. 20044-7611
>(202) 305-0269 (tel.)
>(202) 305-0275 (fax)
>caitlyn.cook@usdoj.gov
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 20, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Kansas by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

*/s/ Caitlyn F. Cook*
CAITLYN F. COOK

*Attorney for Defendants*