IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KANSAS NATURAL RESOURCE COALITION, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) ) | No. 6:23-CV-01147 |
| v. | ) ) | |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

# EXHIBIT LIST

<u>Exhibit A</u>:          Declaration of Brett Combs