# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KANSAS NATURAL RESOURCE COALITION, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>UNITED STATES FISH AND WILDLIFE )<br>SERVICE, et al., )<br>)<br>*Defendants*. )<br>) | No. 6:23-CV-01147<br><br>**DECLARATION OF<br>BRETT COMBS** |

I, Brett Combs, Litigation Coordinator, U.S. Fish and Wildlife Service, Southwest Region, declare as follows:

1. I am currently the Litigation Coordinator for the Ecological Services Program in the Southwest Region of the U.S. Fish and Wildlife Service ("Service"). Previously, I received a Bachelor of Arts in Political Science from Truman State University, and a Juris Doctorate from Washburn University School of Law. I have worked on Endangered Species Act ("ESA") litigation with the Service for the last 10 months. In my role as Litigation Coordinator, I work directly with biologists and administrative staff from various agencies across the Southwest Region in order to, among other things, build Administrative Records. In the last 10 months, I have initiated and completed three different Administrative Records, the largest of which comprised over 200,000 documents.

2. The process of building an Administrative Record begins the same day that I receive notice of a filed Complaint raising claims under the Administrative Procedure Act and takes a number of months, depending on the scope of the claims against the Service.

3. I begin by contacting the species or project lead(s) and identifying what types of documents need to be included in the Administrative Record. Once identified as part of the Administrative Record, each of these documents must be renamed for organizational and BATES stamping purposes. If applicable, redactions for privileged information must be made and recorded for each document. This process often takes several months depending on the size of the Administrative Record and the number of Service employees involved.

4. Plaintiffs' challenges to the Service's lesser prairie-chicken decision at issue in this lawsuit involves a decision-making process that started nine years ago and involves eight Service employees located in multiple offices. Because of the complexity of this case and the anticipated size of the Administrative Record, the Service will be unable to produce the Administrative Record before January 5, 2024.

5. The Service has already been working diligently for approximately six months to compile the Administrative Record for two lawsuits filed in the Western District of Texas regarding the same lesser prairie-chicken decision at issue in this lawsuit. The Service anticipates that it will produce the final Administrative Record in those matters on January 5, 2024.

6. Because the Administrative Record used in the review of this matter will be the same as that for the lawsuits in the Western District of Texas, the Service also estimates that it can produce the Administrative Record for this case on January 5, 2024, subject to the continued availability of appropriated funds from Congress to maintain the Service's workforce.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 9-20-23

Brett Combs
Litigation Coordinator
Ecological Services, Southwest Regional Office
U.S. Fish & Wildlife Service